# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00651-CV

**In re James Norton, Jr.**

## ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

Because the trial court did not abuse its discretion in abating the underlying proceeding for arbitration, this petition for writ of mandamus is denied.

G. Alan Waldrop, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed:  November 14, 2008